# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131834

CHESTER GEER,
        Plaintiff-Appellee,
and

JUDY GEER,
        Plaintiff,
v

NIKOLIC INDUSTRIES, INC.,
        Defendant-Appellant,
and

DOMESTIC UNIFORM RENTAL,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131834
COA: 256572
Macomb CC: 01-003195-NO

On order of the Court, the application for leave to appeal the May 9, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

t1120